UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZENDY GUTIERREZ,<br><br>                    Defendant. | Case No.: 15cr1428-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[Doc. No. 28]** |
|---|---|

   Upon motion of the United States of America and good cause appearing,

   **IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed without prejudice.

   **IT IS SO ORDERED AND ADJUDGED.**

DATED: February 25, 2016

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge